# UNITED STATES DISTRICT COURT
Northern District of Texas

| | |
|---|---|
| ANTHONY BURRIS, INDIVIDUALLY AND ON BEHLAF OF ALL OTHERS SIMILARLY SITUATED<br>**PLAINTIFF**<br><br>VS.<br><br>AT&T INC.<br>**DEFENDANT** | CAUSE NO. 3:24-cv-01208-X |

**SUMMONS IN A CIVIL ACTION**
**RETURN OF SERVICE**

This SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT for AT&T INC. c/o Registered Agent CT CORPORATION SYSTEM was received by me on Tuesday, May 21, 2024 at 3:54 PM.

I delivered the above-mentioned documents to Intake Specialist: George Martinez who represented that they were authorized to accept service on behalf of AT&T INC. c/o Registered Agent CT CORPORATION SYSTEM on Wednesday, May 22, 2024 at 3:51 PM at 1999 BRYAN STREET STE. 900, DALLAS, TX 75201.

I am over the age of eighteen, and am not a party to this case.

I declare under penalty of perjury that this information is true.

Wednesday, May 22, 2024

*Tracy Dewayne Edwards*

Tracy Dewayne Edwards
Process Server
1015 Devonshire Drive South
Forney, TX 75126

ATT002
DocID: P322653_1