UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANTHONY BURRIS, individually and on behalf of all others similarly situated | § § § | |
| *Plaintiff,* | § § § | 3:24-cv-01208-X |
| v. | § § | |
| AT&T Inc., | § § | |
| *Defendant.* | § | |

## CERTIFICATE REGARDING JUDGE-SPECIFIC REQUIREMENTS

We, the undersigned attorneys, hereby certify that we have read and will comply with all judge-specific requirements for Judge Brantley Starr, United States District Judge for the Northern District of Texas.

We further certify that no portion of any filing in this case will be drafted by generative artificial intelligence or that any language drafted by generative artificial intelligence—including quotations, citations, paraphrased assertions, and legal analysis—will be checked for accuracy, using print reporters or traditional legal databases, by a human being before it is submitted to the Court. We understand that any attorney who signs any filing in this case will be held responsible for the contents thereof according to applicable rules of attorney discipline, regardless of whether generative artificial intelligence drafted any portion of that filing.

**[SIGNATURE LINES TO FOLLOW]**

1

DATED: May 24, 2024

**MATHIAS RAPHAEL PLLC**

*/s/ Ori Raphael*
Ori Raphael
Texas Bar No. 24088273
Damon Mathias
Texas Bar No. 24080170
13101 Preston Road, Suite 501
Dallas, Texas 75240
Telephone: (214) 739-0100
Fax: (214) 739-0551
Email: **ori@mr.law**
Email: **damon@mr.law**

**Respectfully submitted,**

**FOSTER YARBOROUGH PLLC**

By: */s/ Patrick Yarborough*
Patrick Yarborough
Texas Bar No. 24084129
917 Franklin Street, Suite 220
Houston, Texas 77002
Telephone: (713) 331-5254
Facsimile: (713) 513-5202
Email: patrick@fosteryarborough.com

**THE HODA LAW FIRM, PLLC**

Marshal J. Hoda, *pro hac vice* forthcoming
12333 Sowden Road, Suite B
Houston, Texas 77080
Telephone: (832) 848-0036
Email: marshal@thehodalawfirm.com

**GEORGE FELDMAN McDONALD, PLLC**

Lori G. Feldman, *pro hac vice* forthcoming
102 Half Moon Bay Drive
Croton-on-Hudson, New York  10520
Telephone:  (917) 983-9321
Email: lfeldman@4-justice.com

**COUNSEL FOR PLAINTIFF
AND THE PUTATIVE CLASS**