# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| ANTHONY BURRIS, individually an on behalf of all others similarly situated, | § § § | |
| Plaintiff, | § § § | |
| v. | § | Case No. 3:24-CV-1208-X |
| AT&T Inc., | § § § | |
| Defendant. | § | |

## ORDER

This case is hereby TRANSFERRED to the docket of the Honorable Ada E. Brown. All further pleadings and other papers in this case shall be filed under Civil Action 3:24-CV-1208-E.

**SO ORDERED** this 29th day of May, 2024.

_____
**BRANTLEY STARR
UNITED STATES DISTRICT JUDGE**